834

**Anthony DE MARCO et al. v. GENEVA STEEL COMPANY.**

No. 3618.

Circuit Court of Appeals, Tenth Circuit.

April 6, 1948.

Padway, Goldberg & Previant, of Milwaukee, Wis., and Hugh Vern Wentz, of Provo, Utah, for appellants.

Dickson, Ellis, Parsons & McCrea, of Salt Lake City, Utah, for appellee.

H. G. Morison, Acting Asst. Atty. Gen., Enoch E. Ellison, Special Asst. to the Atty. Gen., and Johanna M. D'Amico, of Washington, D. C., Department of Justice, for the United States.

Before PHILLIPS, HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed April 6, 1948, on the ground that the constitutionality of the Portal-to-Portal Act of 1947, 29 U.S.C.A. § 251 et seq. was not raised in the lower court.

**Alexander C. DUNLOP, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 13618.

Circuit Court of Appeals, Eighth Circuit.

May 18, 1948.

Guy Chase, of St. Paul, Minn., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Decision of The Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Dunlop, v. Commissioner of Internal Revenue, 8 Cir., 165 F.2d 284, on motion of respondent and consent of petitioner.

**Donald C. DUNLOP, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 13619.

Circuit Court of Appeals, Eighth Circuit.

May 18, 1948.

Guy Chase, of St. Paul, Minn., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Decision of The Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Dunlop v. Commissioner of Internal Revenue, 8 Cir., 165 F.2d 284, on motion of respondent and consent of petitioner.

**Ker Donald DUNLOP, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 13620.

Circuit Court of Appeals, Eighth Circuit.

May 18, 1948.

Guy Chase, of St. Paul, Minn., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Decision of The Tax Court of the United States affirmed and petition to review dis-

missed without costs to either party in this Court, on authority of decision in Dunlop v. Commissioner of Internal Revenue, 8 Cir., 165 F.2d 284, on motion of respondent and consent of petitioner.

**Margaret E. DUNLOP, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 13616.

Circuit Court of Appeals, Eighth Circuit.

May 18, 1948.

Guy Chase, of St. Paul, Minn., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Decision of The Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Dunlop v. Commissioner of Internal Revenue, 8 Cir., 165 F.2d 284, on motion of respondent and consent of petitioner.

**Stuart K. DUNLOP, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 13617.

Circuit Court of Appeals, Eighth Circuit.

May 18, 1948.

Guy Chase, of St. Paul, Minn., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Decision of The Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Dunlop v. Commissioner of Internal Revenue, 8 Cir., 165 F.2d 284, on motion of respondent and consent of petitioner.

**E. N. GIBBS et al. v. UNITED STATES POTASH COMPANY.**

No. 3674.

Circuit Court of Appeals, Tenth Circuit.

April 5, 1948.

Graham & Scheunemann and Max D. Melville, all of Denver, Colo., for appellants.

Paul Speer, of New York City, James W. Stagner and George L. Reese, both of Carlsbad, N. M., and Seth & Montgomery, of Santa Fe, N. M., for appellee.

Before PHILLIPS, BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure diligently to prosecute the same.

**GREAT NORTHERN RAILWAY COMPANY, Appellant, v. Nellie S. BUETOW, individually and as Executrix of the Last Will and Testament of William R. Buetow, Deceased.**

No. 13722.

Circuit Court of Appeals, Eighth Circuit.

May 26, 1948.

Edwin C. Matthias, of St. Paul, Minn., H. F. Chapman, of Sioux Falls, S. D., and